In the Matter of the Claim of DOROTHY ALEXANDER, Respondent, v. COUNTY OF ERIE: E. J. MEYER MEMORIAL HOSPITAL, Appellant, and SPECIAL FUND FOR REOPENED CASES, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.— GABRIELLI, J.

Herlihy,

J. P., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Gabrielli, J.